RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Francisco Vasquez.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO VASQUEZ.,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00175-JCM-BNW<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Francisco Vasquez., that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including April 22, 2020, within which to file the Defendant's pretrial motions currently due March 23, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 6, 2020, to file any and all responsive pleadings, currently due April 6, 2020.

1      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 13, 2020, to file any and all replies to dispositive motions, currently due April 13, 2020.

     The Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to prepare and file a pretrial motion should her client reject the government's proposed resolution.

2.     The defendant is incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

     This is the fourth stipulation to continue filed herein.

     DATED this 18th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO VASQUEZ.,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00175-JCM-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to prepare and file a pretrial motion should her client reject the government's proposed resolution.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

///

///

## **ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 22, 2020, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 6, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 13, 2020, to file any and all replies to dispositive motions.

**IT IS SO ORDERED**

**DATED: April 02, 2020**

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**