RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Francisco Vasquez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANCISCO VASQUEZ,<br><br>        Defendant. | Case No. 2:19-cr-00175-JCM-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Francisco Vasquez, that the Change of Plea Hearing currently scheduled on October 16, 2020 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review her client's criminal history to determine his eligibility for safety valve. Counsel further needs to discuss the results of her review with her client so that he can determine how he wishes to proceed with this case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. On August 17, 2020, this court granted the parties' stipulation to continue trial in this matter until January 4, 2021.  ECF 37.

This is the second request for a continuance of the Change of Plea hearing.

DATED this 13th day of October 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANCISCO VASQUEZ,<br><br>      Defendant. | Case No. 2:19-cr-00175-JCM-BNW<br><br>**ORDER** |

     Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

     IT IS THEREFORE ORDERED that the Change of Plea hearing currently scheduled for Friday, October 16, 2020 at 10:30 a.m., be vacated and continued to  December 11, 2020  at the hour of 11:00 a.m.

     DATED October 13, 2020.

                                                _____
                                                UNITED STATES DISTRICT JUDGE