CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14843
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada  89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00175-JCM-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| FRANCISCO VASQUEZ, A.K.A. RAUL MUNOZ-SAUCEDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Francisco Vasquez, a.k.a., Raul Munoz-Saucedo, that the Sentencing Hearing currently scheduled on April 2, 2021, be vacated and continued 31 days or to a date and time convenient to the Court.

///

///

///

This Stipulation is entered into for the following reasons:

1. On March 11, 2021, Assistant United States Attorney Joshua Brister filed a notice of appearance on this case, ECF 54, and is unavailable on April 2, 2021 at 10:00 AM due to a scheduling conflict.

2. Defense counsel is requesting 30 days to gather mitigation information for Mr. Vasquez.

3. The parties agree to this continuance.

4. The defendant is in custody and agrees with the need for the continuance.

5. This is the first request for a continuance of the sentencing hearing.

DATED this 23rd day of March, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney<br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FRANCISCO VASQUEZ,<br>A.K.A. RAUL MUNOZ-SAUCEDO,<br><br>            Defendant. | Case No. 2:19-cr-00175-JCM-BNW<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 2, 2021 at 10:00 AM, be vacated and continued to   May 21  , 2021, at the hour of 10:00 a.m.

   DATED  March 26, 2021.

```
                                    _____
                                    HONORABLE JAMES C. MAHAN
                                    UNITED STATES DISTRICT JUDGE
```