RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Francisco Vasquez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FRANCISCO VASQUEZ, <br> Defendant. | Case No. 2:19-cr-00175-JCM-BNW <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Francisco Vasquez, that the Sentencing Hearing currently scheduled on May 21, 2021 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Vasquez, which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1   This is the second stipulation to continue filed herein.

2   DATED this 29th day of April 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00175-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| FRANCISCO VASQUEZ, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, May 21, 2021 at 10:00 a.m., be vacated and continued to July 9, 2021 at the hour of 10:30 a.m.

DATED May 3, 2021.

_____
UNITED STATES DISTRICT JUDGE