RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Francisco Vasquez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00175-JCM-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (Third Request) |
| v. | |
| FRANCISCO VASQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Francisco Vasquez, that the Sentencing Hearing currently scheduled on July 9, 2021 at 10:30 a.m., be vacated and continued to August 13, 2021 at 11:00 a.m.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant will be out of the jurisdiction on July 9, 2021, the current date set for sentencing.  Defense counsel has been involved in this case since July 19, 2019, and for the sake of continuity would like to represent Mr. Vasquez at sentencing.  For this reason, counsel requests a brief continuance.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 1st day of July 2021.

RENE L. VALLADARES                      CHRISTOPHER CHIOU
Federal Public Defender                  Acting United States Attorney


    */s/ Nisha Brooks-Whittington*              */s/ Joshua Brister*
By_____      By_____
NISHA BROOKS-WHITTINGTON                 JOSHUA BRISTER
Assistant Federal Public Defender        Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00175-JCM-BNW |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| FRANCISCO VASQUEZ, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, July 9, 2021 at 10:30 a.m., be vacated and continued to August 13, 2021 at the hour of 11:00 a.m.

DATED July 2, 2021.

_____
UNITED STATES DISTRICT JUDGE

3